THE STATE OF IOWA, Appellee, v. WM. FRAUCKE, Appellant.

## Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Clay District Court.*—HON. LOT THOMAS, Judge.

THURSDAY, MAY 25, 1893.

INDICTMENT for a nuisance. Verdict of guilty, and a judgment from which the defendant appealed.—*Affirmed.*

No appearance for appellant.

*John Y. Stone,* Attorney General, for the State.

No appearance in this court for the appellant, and the attorney general submitted the cause on a transcript of the record.

BY THE COURT.—The transcript is a mere statement of the proceedings in the district court without the evidence or instructions of the court. The proceedings seem to have been regular and legal, and the judgment of the district court is AFFIRMED.